Burke Physical Therapy, P.C. v State Farm Mut. Auto. Ins. Co. (2022 NY Slip
Op 51216(U))

[*1]

Burke Physical Therapy, P.C. v State Farm Mut. Auto. Ins.
Co.

2022 NY Slip Op 51216(U) [77 Misc 3d 129(A)]

Decided on December 9, 2022

Appellate Term, Second Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on December 9, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : MICHELLE WESTON, J.P., WAVNY TOUSSAINT,
CHEREÉ A. BUGGS, JJ

2021-649 K C

Burke Physical Therapy, P.C., as
Assignee of Rivera, Crystal, Appellant, 
against
State Farm Mutual Automobile Ins. Co., Respondent.

The Rybak Firm, PLLC (Damin J. Toell and Richard Rozhik of counsel), for appellant.
Rivkin Radler, LLP (Stuart M. Bodoff and Cheryl F. Korman of counsel), for
respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County
(Matthew P. Blum, J.), dated September 29, 2021. The order granted defendant's motion
for summary judgment dismissing the complaint and denied plaintiff's cross motion for
summary judgment.

ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff
appeals from an order granting defendant's motion for summary judgment dismissing the
complaint and denying plaintiff's cross motion for summary judgment.
For the reasons stated in Burke Physical Therapy, P.C. v State Farm Mut. Auto. Ins. Co.
(75 Misc 3d 143[A], 2022 NY Slip Op 50623[U] [App Term, 2d Dept, 2d, 11th
& 13th Jud Dists 2022]), the order is affirmed.
WESTON, J.P., TOUSSAINT and BUGGS, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 9,
2022